UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA TANILLI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>-v-<br><br>THE BEACHWAVER CO.,<br><br>Defendant. | 26-CV-4992 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

On **June 24, 2026**, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 8. To date, Defendant has failed to appear in this action. No later than **July 23, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if she has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: July 16, 2026
New York, New York

JESSE M. FURMAN
United States District Judge