UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA TANILLI, *individually and on behalf of all others similarly situated*, Plaintiff, -v- THE BEACHWAVER CO., Defendant. | 26-CV-4992 (JMF) <br> ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's July 16, 2026 Order, ECF No. 9, Plaintiff was required to file a letter, the contents of which are described therein, by July 23, 2026. To date, Plaintiff has not filed any letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 30, 2026**. Failure to file the letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: July 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge