UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

MARIA TANILLI, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

THE BEACHWAVER CO.,

Defendant.

---------------------------------------------------------------------- X

26-CV-4992 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's July 27, 2026 Order, ECF No. 12, Defendant was required to file a response to the Complaint by August 7, 2026. To date, Defendant has not filed a response and, indeed, has not had counsel enter a notice of appearance. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 17, 2026**. Failure to file a response by that deadline may result in entry of a default judgment against Defendant. Plaintiff is hereby ORDERED to serve a copy of this Order on Defendant and file proof of service on the docket no later than two days from the date of this Order.

SO ORDERED.

Dated: August 10, 2026
New York, New York

JESSE M. FURMAN
United States District Judge