UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MARIA TANILLI, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

THE BEACHWAVER CO.,

Defendant.

---------------------------------------------------------------------X

26-CV-4992 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's August 10, 2026 Order, ECF No. 15, Plaintiff was required to file proof of service of the Order upon Defendant no later than two days from the date of that Order. To date, Plaintiff has not filed proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 21, 2026**. Failure to file proof of service by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge