WallaceNeel
esq.

VIA ECF

**LETTER-MOTION FOR LEAVE TO FILE A RESPONSE TO THE COMPLAINT AND TO ADJOURN THE INITIAL PRETRIAL CONFERENCE**

August 21, 2026

The Hon. Jesse M. Furman
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Tanilli et al. v. The Beachwaver Co., No. 1:26-cv-04992 (JMF)**

Dear Judge Furman:

Greetings. I write on behalf of Defendant The Beachwaver Co. to request:

(1) leave to file an answer or other response to the Complaint on or before September 18, 2026, and

(2) an adjournment of the initial pretrial conference currently scheduled for September 22, 2026, to a date that will permit the parties to participate in the Court-annexed Mediation Program already ordered in this case.

A formal Notice of Appearance is being filed contemporaneously with this letter-motion.

In accordance with Your Honor's Individual Rules and Practices in Civil Cases, I state the following:

1. **Original dates.** The Court extended Defendant's deadline to respond to the Complaint, *nunc pro tunc*, to August 17, 2026 (ECF No. 15). The initial pretrial conference is scheduled for September 22, 2026 at 9:00 a.m. (ECF No. 6).

2. **Number of previous requests.** This is Defendant's first request for any extension or adjournment. Defendant has not previously appeared in this action.

3. **Whether previous requests were granted or denied.** Not applicable as to Defendant. The Court previously extended the response deadline on its own initiative as a courtesy (ECF Nos. 12, 15).

WALLACE NEEL PLLC One Blue Hill Plaza, Lobby Level Suite 1509, Pearl River, New York 10965
646-524-6502 www.wallaceneel.com wallace@wallaceneel.com

4. **Reasons for the requested extension and adjournment.** Undersigned counsel was only retained last night. Defendant did not previously appear or respond. The June 16, 2026 Order Regarding Early Mediation and the Initial Pretrial Conference (ECF No. 6) provides that "if the parties believe that additional time is needed for the mediation process contemplated by this Order (for example, because of a delay in service on, or the appearance of, a defendant …), the parties may file a letter motion with this Court seeking an appropriate extension of the deadlines herein or a reasonable adjournment of the initial pretrial conference."

   The current calendar would not permit meaningful compliance with the mediation referral not later than two weeks before the initial pretrial conference. With counsel only now being retained and appearing, that timeline cannot be met if the September 22 conference remains in place. A modest adjournment of the conference will allow the parties to schedule and complete mediation as ordered, while also giving newly retained counsel a realistic opportunity to investigate the claims and prepare a response.

5. **Whether the adversary consents.** I spoke with Kayla Kershen, Esq., counsel for Plaintiff, who stated that Plaintiff does not oppose this request.

6. **Next scheduled appearance and other existing deadlines.** The next scheduled appearance is the initial pretrial conference on September 22, 2026. The only other immediate deadline of which Defendant is aware is Plaintiff's obligation (extended to August 21, 2026) to file proof of service of the Court's August 10 Order (ECF No. 16).

Defendant therefore respectfully requests that the Court (a) grant leave to file an answer or other response to the Complaint on or before September 18, 2026, and (b) adjourn the initial pretrial conference to a date on or after October 27, 2026 (or such other date as the Court prefers) that will allow mediation to occur at least two weeks beforehand.

Defendant is available on any date convenient to the Court (unless otherwise scheduled to appear before another Court) in late October or early November.

I thank the Court for its consideration of this request.

Respectfully submitted,

Wallace Neel
Wallace Neel PLLC
*Attorneys for Defendant The Beachwaver Co.*

cc: All counsel of record (via ECF)

Application GRANTED. The initial pretrial conference previously scheduled for September 22, 2026 at 9:00 a.m. is hereby ADJOURNED to **October 27, 2026 at 9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED

August 21, 2026